Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br><div align="center">Plaintiff,</div><br>v.<br><br>BRIGHT WORLD, LLC, *et al*.<br><div align="center">Defendants.</div> | Case No. 2:23-cv-04274-SVW-PVC<br><br>**REQUEST TO APPEAR VIA ZOOM**<br><br>Regarding Hearing: Oct. 16, 2023 1:30 PM<br>Judge: Stephen V. Wilson |

Plaintiff, Jorge Alejandro Rojas, pursuant to this Court's Requirements and Procedures, requests the ability to attend the October 16, 2023 Hearing on Plaintiff's Motion for Default Judgment (Dkt. 18) via Zoom. Plaintiff has been unable to obtain a position from Defendants as to this request.

Plaintiff commenced this action under the Telephone Consumer Protection Act, and after entries of default pursuant to Fed. R. Civ. P. 55(a) for a failure by all Defendants to appear, moved for default judgment pursuant to Fed. R. Civ. P. 55(b) on August 23, 2023. Dkt. 18. Plaintiff set the matter for hearing on October 16, 2023.

Plaintiff seeks to appear via Zoom for this motions hearing. To date, Plaintiff has attempted to resolve this matter with Defendants by contacting them via mail, e-mail, and telephone, but has been unable to reach anyone to discuss this matter substantively.

The basis for the electronic appearance request is primarily due to his work schedule as an air traffic controller, which schedule neccestiates working approximately 48-55 hour work weeks 6 days a week. Plaintiff lives in Bolingbrook, Illinois, a suburb of Chicago, and would need to pay for air travel to attend the hearing, and miss at least two days of work to attend the hearing. Plaintiff recognizes that he commenced this action in this venue, primarily because he viewed it as the appropriate forum given Defendants were advertising services directed at Plaintiff's prior residence in this District. Plaintiff has not resided within California since approximately 2014 but continues to get telephone calls from companies located within or targeting this District.

Plaintiff believes the parties resources would be conserved utilizing a Zoom appearance, as it would reduce the expenses necessary in this case (primarily the air fare, fares which range from $400-700) as well as allow Plaintiff to attend the hearing with minimal interruption to his work requirements. No Defendant has appeared, and Plaintiff is unaware of if any Defendant would attend the in person hearing. Although Plaintiff believes that his motion addressed the necessary elements required for this Court to grant default judgment in Plaintiff's favor, Plaintiff believes that any questions the Court may have can be answered virtually via the Zoom platform with oral argument.

Plaintiff respectfully requests the Court allow Plaintiff to appear via Zoom for the hearing.

Respectfully submitted,

Dated: October 6, 2023.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

A copy of this filing is being sent the same day as filing via UPS to Defendant Bright World's registered agent, and to Defendant Elmer A Valle Batres at their last known address.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas