# TAB 1

# TAB 1

 Gmail

<div align="right"><strong>Jorge Rojas &lt;rojas.jorge96@gmail.com&gt;</strong></div>

## Submission and Pay.gov Payment Confirmation

**Civil Intake** <do-not-reply@cacd.uscourts.gov>                    Wed, May 31, 2023 at 9:38 AM
To: rojas.jorge96@gmail.com

### Dear Jorge Rojas:

Your payment has been processed by Pay.gov. The transaction details are below. This email also confirms that the document(s) listed below were received by the United States District Court for the Central District of California at the date and time indicated:

**Name:** Jorge Rojas
**Tracking Number:** EDS-230531-000-7951
**Pay.gov Tracking ID:** 275QH0R3
**Transaction Date:** 5/31/2023 12:00:00 AM
**Transaction Amount:** $402

Uploaded files:

- **ToFile CCS.pdf**
- **ao440 EAVB.pdf**
- **ToFile NOIP.pdf**
- **ao440 BW.pdf**
- **ToFile Complaint.pdf**

The document(s) have not yet been filed. Just like documents received through the U.S. Mail, documents received through the Electronic Document Submission System ("EDSS") will not be considered filed until court staff have uploaded them into the Court's Case Management/Electronic Case Filing System ("CM/ECF"). Documents submitted using EDSS should be processed within 1-2 business days of receipt. However, the date of EDSS submission will be considered the filing date for any documents received through EDSS and later filed into CM/ECF.

If you have registered for electronic service of documents in previous cases, you may receive a Notice of Electronic Filing ("NEF") from the CM/ECF System when the documents listed above are filed. If you have not previously registered for e-service, or if court staff cannot quickly identify your previous e-service registration record when processing your current submission, you will receive notice of this filing, with your new case number, by U.S. Mail. Once you receive your case number, you may register to receive electronic service of future documents filed in this case. (Click here for information about registering for e-service.)

If you are an attorney required by the local rules to file your documents electronically using the Court's CM/ECF System, your document(s) will not be filed if submitted through EDSS, and you will not receive any further communication from the Court about your EDSS submission.

Please include the tracking number listed above as your reference on any communications with the Court about this submission. We recommend that you keep this email for your records.

Civil Intake
United States District Court
Central District of California
Tel: (213) 894-3535

Gmail - Submission and Pay.gov Payment Confirmation
Case 2:23-cv-04274-SVW-PVC   Document 22-1   Filed 02/22/24   Page 3 of 7   Page ID #:120
2/22/24, 6:11 PM

# TAB 2

# TAB 2

 **Invoice**

Pay now at abclegal.com  |  ABC Legal Services, LLC  |  633 Yesler Way, Seattle, WA 98104  |  206-521-9000  |  ar@abclegal.com  |  Tax ID: 91-1153514

**BILL TO:**

**Jorge Rojas <rojas.jorge96@gmail.com>**
**557 Cambridge Way**
**Bolingbrook, IL 60440**

| | |
|---|---|
| INVOICE# | 14519097.100 |
| DATE | Jul 07, 2023 |
| ACCOUNT# | 140383 |
| ATTENTION | rojas.jorge96@gmail.com |
| REFERENCE# | REF-13167287 |

**AMOUNT DUE** — **$ 0.00**

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** 7 - Magistrate.pdf, 6 - ADR.pdf, 5 - Assignment.pdf, 4 - NOIP.pdf, 3 - S Elmer.pdf, 2 - S Bright World.pdf, 1-1 - CCS.pdf, 1 - Complaint.pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 2 | 150.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 150.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 150.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| MasterCard ending in 6551 | July 07, 2023 | 150.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | **$ 150.00** |

| | |
|---|---|
| **AMOUNT DUE** | **$ 0.00** |

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT     Page 1 of 1

# <u>TAB 10</u>

# <u>TAB 10</u>

Docket contains a total of 113 pages, see Dkt. 21 p. 11 Page ID#113. 113 pages @ $0.02/page = $2.26. These pages were printed and served on Defendant during the pendency of the case because Defendant never consented to filings electronically. The rate of $.02/page has been approved previously by this Court.