UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                    Plaintiff,<br><br>     v.<br><br>BRIGHT WORLD, LLC, et al,<br><br>                    Defendants. | Case No. 2:23-CV-04274-SVW-PVC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT [DKT. ___]** |

On March 9, 2024, Plaintiff Jorge Alejandro Rojas ("Plaintiff") filed a motion to alter or amend this Court's February 14, 2024 Judgment against Defendants Bright World LLC ("Bright World") and Elmer A Valle Batres ("Batres"). Having considered the Motion and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff shall have judgment in his favor and against Defendants Bright World; LLC ("Bright World") and Elmer A Valle Batres ("Batres"), jointly and severally, in the amount of $3,500.00. This amends the judgment previously entered on February 14, 2024, and is effective February 14, 2024.

2. Plaintiff shall have his costs of suit; and

3. Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a), effective February 14, 2024.

IT IS SO ORDERED.

Dated: _____                    _____
                                          Stephen V. Wilson
                                          United States District Judge