Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                Plaintiff,<br><br>    v.<br><br>BRIGHT WORLD, LLC, *et al.*<br><br>                Defendants. | Case No. 2:23-cv-04274-SVW-PVC<br><br>**REQUEST TO APPEAR VIA ZOOM**<br><br>Regarding Hearing: April 15, 2024<br>1:30 PM. Judge: Stephen V. Wilson |

      Plaintiff, Jorge Alejandro Rojas, pursuant to this Court's Requirements and Procedures, requests the ability to attend the April 15, 2024 Hearing on Plaintiff's Motion to Alter Judgment (Dkt. 23) via Zoom. Plaintiff has been unable to obtain a position from Defendants as to this request as they are in default.

      On February 14, 2024, the Court granted Plaintiff's motion for default judgment in part. Dkt. 21. On March 9, 2024, Plaintiff moved this court under Fed. R. Civ. P. 59(e) and seeks it to alter or amend its judgment. Dkt. 23. Plaintiff respectfully believes the Court made an error when finding that Defendant only violated 47 U.S.C. § 227(b) one time.

      Plaintiff seeks to appear via Zoom for this motions hearing.

      The basis for the electronic appearance request is primarily due to Plaintiff's work schedule and location. Plaintiff lives in Bolingbrook, Illinois, a suburb of Chicago, and

would need to pay for air travel to attend the hearing, and miss at least one, and possibly two, days of work to attend the hearing in person and arrange to make sure his work obligations are covered by another individual. Exhibit 1, Dec'l of J. Rojas ("Rojas Dec'l") ¶ 3. Plaintiff also has a prior commitment of vacation beginning April 19, 2024 and being able to attend the hearing virtually will mitigate compression on his schedule related to his work and personal obligations. Rojas Dec'l ¶ 5. Plaintiff recognizes that he commenced this action in this venue, primarily because he viewed it as the appropriate forum given Defendants made the telephone call to Plaintiff, who has a 424 "in district" area code, and are incorporated in California.

Plaintiff believes the parties resources would be conserved utilizing a Zoom appearance, as it would reduce the expenses necessary (primarily the air fare, fares which range from $200-300) as well as allow Plaintiff to attend the hearing with minimal interruption to his work requirements and obligations. Plaintiff believes that it is unlikely any Defendant will attend the in person hearing, considering that they have defaulted and failed to appear and defend the motion for default judgment. Rojas Dec'l ¶ 6.

Plaintiff believes that his motion under Fed. R. Civ. P. 59 addresses the necessary legal factors for this Court to decide the motion and no opposition has been filed. Nevertheless, Plaintiff believes that any questions the Court may have can be answered virtually via the Zoom platform with oral argument.

Plaintiff respectfully requests the Court allow Plaintiff to appear via Zoom for the hearing.

Respectfully submitted,

Dated: April 7, 2024.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## CERTIFICATE OF SERVICE

A copy of this filing is being sent the same or next business day as filing via USPS First Class Mail to Defendant Bright World's registered agent, and to Defendant Elmer A Valle Batres at their last known address.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas