Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIGHT WORLD, LLC, *et al*.<br><br>　　　　　　Defendants. | Case No. 2:23-cv-04274-SVW-PVC<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN SUPPORT OF REQUEST FOR ELECTRONIC APPEARANCE VIA ZOOM** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.
2. I make the statements in this declaration in support of Plaintiff's Request for Electronic Appearance via Zoom.
3. I am employed as a Systems Engineer, for a government contractor, and reside and work in a suburb of Chicago, Illinois.
4. My work schedule primarily consists of Monday through Friday, nine hours of work per day.

5. My current schedule for the week of the hearing would necessitate that I miss at least one, and possibly two days of work to attend the hearing in person, as I would travel from Chicago, Illinois. If I were to attend the hearing virtually the period which I miss would be shorter as I would not need to travel as well as be more economical because I would not need to purchase air fare. I would also need to arrange for someone to take over any customer meetings or commitments that I have for my position. I am also scheduled to travel on April 19, 2024 and while this is not the same date as the hearing being able to attend the hearing virtually would mitigate further compression of Plaintiff's schedule.

6. I believe that attending the hearing virtually via Zoom would allow me the ability to answer any questions or concerns the Court has at oral argument concerning the pending motion. I am unaware of any defendant intending to attend.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on April 7, 2024, in Bolingbrook, IL.

_____
Jorge Alejandro Rojas