UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jorge Alejandro Rojas ) | CASE NO.: 2:23-cv-04274-SVW-PVC |
| Plaintiff ) | JUDGMENT |
| vs. ) | |
| Bright World, LLC et al ) | |
| Defendant. ) | |

Judgment is entered for Defendants and against Plaintiff, pursuant to the Court's order dated April 24, 2024.

DATE: April 24, 2024

STEPHEN V. WILSON, U.S. DISTRICT JUDGE