UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jorge Alejandro Rojas | ) CASE NO.: 2:23-cv-04274-SVW-PVC |
|     Plaintiff | ) JUDGMENT (CORRECTED) |
|     vs. | ) |
| Bright World, LLC et al | ) |
|     Defendant. | ) |

Judgment is entered for Plaintiff and against Defendants, pursuant to the Court's order dated April 24, 2024.

DATE: April 25, 2024

STEPHEN V. WILSON, U.S. DISTRICT JUDGE