Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>      Plaintiff,<br><br>v.<br><br>BRIGHT WORLD, LLC, *et al*.<br><br>      Defendants. | Case No. 2:23-cv-04274-SVW-PVC<br><br>**REQUEST FOR CLERK'S ISSUANCE OF SUBPOENA IN AID OF EXECUTION** |

  Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 69 and Fed. R. Civ. P. 45, requests the Clerk issue the attached subpoena (Exhibit 1) concerning Defendant Bright World, LLC ("Bright World") and Elmer A Valle Batres ("Batres").

  The subpoena, directed at American Express National Bank ("American Express") seeks information concerning banking institution information for Defendants. Upon information and belief, Defendants have at least one credit or charge account with American Express, who has sued Defendants in state court for various contract and collection claims.

  This Court entered judgment in Plaintiff's favor on April 25, 2024 (Dkt. 33). Plaintiff now seeks the issuance of the subpoena in order to aid in execution and enforcement of the judgment. Any information obtained from the subpoena will only be used for that purpose.

Respectfully submitted,

Dated: May 31, 2024.

/s/ *Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**CERTIFICATE OF SERVICE**

A copy of this filing will be sent to each Defendant's last known address via mail.

/s/ *Jorge Alejandro Rojas*
Jorge Alejandro Rojas