**James E. Shelton**
**316 Covered Bridge Road**
**King of Prussia, PA 19406**
e-mail: Jamie@finalverdictsolutions.com
**(484) 312-3300**

**Appearing In Pro Per**

**FILED**
**CLERK, U.S. DISTRICT COURT**

**09/06/24**

**CENTRAL DISTRICT OF CALIFORNIA**
**BY:** _____ASH_____ **DEPUTY**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS

Plaintiff,

vs.

BRIGHT WORLD, LLC, et. al

Defendants

CASE No.: 2:23-cv-04274-SVW-PVC

**ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT**

COMES NOW JORGE ALEJANDRO ROJAS, Plaintiff and Judgment Creditor in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT judgment was entered in this Court on April 25, 2024 [Doc No. 32], pursuant to the Court's Order dated April 24, 2024 [Doc. No. 33] granting Plaintiff's Motion to Alter or Amend Judgment [Doc. No. 23].

2) THAT Plaintiff was awarded the amount of $3,500.00 plus costs of suit and post-judgment interest at the rate provided by 28 U.S.C. § 1961(a), effective February 14, 2024, against Defendants, Bright World, LLC and Elmer A. Valle Batres, jointly and severally.

3) THAT the Clerk of Court taxed costs in favor of Plaintiff and against Defendants in the amount of $554.26 on March 9, 2024 [Doc No. 24].

4) THAT there have been no renewals since the entry of said Judgment and that Plaintiff has received $0.00 of judgment from judgment debtor(s).

5) JORGE ALEJANDRO ROJAS, whose current address is 557 Cambridge Way, Bolingbrook, IL 60440, is the judgment creditor of record.

6) THAT the last known address of record for the judgment debtors, Bright World, LLC and Elmer A. Valle Batres, is 7643 North Ingram Avenue, Ste 101, Fresno, CA 93711.

7) That I, JORGE ALEJANDRO ROJAS, Plaintiff and original judgment creditor, hereby transfer, and assign all title, rights, and interest in the Judgment to the following person:

> JAMES E. SHELTON
> 316 Covered Bridge Road
> King of Prussia, PA 19406

8) THAT Assignor acknowledges that this is an absolute assignment without recourse and that the rights represented by this Judgment that are assigned to the assignee, James E. Shelton are all of the assignor's rights, title and interest in the Judgment awarded in the above-entitled action in the total amount of $3,500.00. This is an absolute assignment for the full amount of the Judgment with allowed costs and accrued interest thereon at the legal rate from and after the date of entry of this Judgment.

9) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said Judgment, at his discretion, as well as to defend attack on the judgment, and I withdraw all right and claim to same.

10) James E. Shelton, 316 Covered Bridge Road, King of Prussia, PA 19406, is now the holder and owner of the Judgment.

Signed this 6th day of September, 2024

BY: _____

JORGE ALEJANDRO ROJAS
Plaintiff/Original Judgment Creditor

1

**NOTARY ACKNOWLEDGMENT**

2  State of Illinois

3  County of _Will_          .

4

5

6       This instrument was acknowledged before me on _September 6 - 2024_ (date)

7  by JORGE ALEJANDRO ROJAS, as Plaintiff/Original Judgment Creditor, In Pro Per.

8

9

10  (seal)

11

12

13  _____
  signature of notary public

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT
Rojas v. Bright World, LLC, et. al., CASE NO. 2:23-cv-04274-SVW-PVC
-3-