# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jorge Alejandro Rojas | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v.<br>Bright World, LLC et al | 2:23-cv-04274 |
| DEFENDANT(S) | NOTICE OF DEFICIENCY RE:<br>WRIT OF EXECUTION AND<br>ABSTRACT OF JUDGMENT |

The document(s) submitted for issuance contains one or more errors, as indicated below, and is being returned to you for correction. Once the correction(s) has been made, please resubmit the document.

☐ Writ/abstract must contain the name(s) and address(es) of the judgment debtor.

☐ Entered date listed on the writ/abstract does not match the entered date of the judgment/order.

☐ The amount(s) listed in writ/abstract do(es) not coincide with the amount(s) in the judgment/order.

☐ If there are no amounts for principal, attorney fees, costs or interest, please enter a zero (0) on each line.

☐ Attested date must be left blank.

☐ Last four digits of the judgment debtor's driver's license and social security number were not indicated on the Abstract of Judgment. If these numbers are unknown, place an "X" in the box labeled "Unknown."

☐ Original, unexecuted writ of execution must be returned to the clerk prior to the issuance of a successive writ if 180 days have not elapsed since the issuance of the original writ.

☒ Other:

Please list complete case number.

Clerk, U. S. District Court

_____10/3/2024_____          By _G. Santiago (213)894-3863_
Date                              Deputy Clerk

CV-52C (09/15)    NOTICE OF DEFICIENCY RE: WRIT OF EXECUTION AND ABSTRACT OF JUDGMENT

*WHEN RECORDED MAIL TO:*

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
Jamie@finalverdictsolutions.com
Assignee of Record, In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS<br><br>        PLAINTIFF(S),<br>v.<br><br>BRIGHT WORLD, LLC & ELMER A. VALLE BATRES<br><br>        DEFENDANT(S). | CASE NUMBER:<br><br>CV 04274-SVW-PVC<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on April 25, 2024
in favor of JORGE ALEJANDRO ROJAS
whose address is 557 Cambridge Way, Bolingbrook, IL 60440
and against BRIGHT WORLD, LLC, and ELMER A. VALLE BATRES
whose last known address is 5771 N. Katy Ln, Fresno, CA 93722
for $ 3500.00          Principal,    $ 0.00          Interest,    $ 554.26          Costs,
and $ 0.00          Attorney Fees.                           See ECF No. 24 dated 3/28/2024

ATTESTED this _____ day of _____, 2024.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;    5606      (last 4 digits) ☐ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

7643 North Ingram Avenue                    CLERK, U.S. DISTRICT COURT
Ste 101
Fresno, CA 93711                    By _____
                                              Deputy Clerk

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (03/12)                    ABSTRACT OF JUDGMENT/ORDER