*WHEN RECORDED MAIL TO:*

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
Jamie@finalverdictsolutions.com
Assignee of Record, In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JORGE ALEJANDRO ROJAS

PLAINTIFF(S),

v.

BRIGHT WORLD, LLC & ELMER A. VALLE BATRES

DEFENDANT(S).

**CASE NUMBER:**

2:23-cv-04274-SVW-PVC

**ABSTRACT OF JUDGMENT/ORDER**

I certify that in the above-entitled action and Court, Judgment/Order was entered on April 25, 2024
in favor of JORGE ALEJANDRO ROJAS
whose address is 557 Cambridge Way, Bolingbrook, IL 60440
and against BRIGHT WORLD, LLC, and ELMER A. VALLE BATRES
whose last known address is 5771 N. Katy Ln, Fresno, CA 93722
for $ 3500.00          Principal,   $ 0.00          Interest,   $ 554.26          Costs,
and $ 0.00          Attorney Fees.          See ECF No. 24 dated 3/28/2024

ATTESTED this   16   day of   October  , 2024 .

Judgment debtor's driver's license no. and state;                    (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;          5606          (last 4 digits) ☐ Unknown.

☑  No stay of enforcement ordered by Court

☐  Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

7643 North Ingram Avenue

Ste 101

Fresno, CA 93711

CLERK, U.S. DISTRICT COURT

By _____
          Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

James E. Shelton
316 Covered
King of Prussia, PA 17708

  

U.S. District Court
Central District of California
First Street U.S. Courthouse
350 W. 1st Street Suite 4311
Los Angeles CA 90012-4565



OCT 1 0 2024

